UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-mj-1708-JG

UNITED STATES OF AMERICA    )
                            )
        v.                  )                    **ORDER**
                            )
DANIEL BLYTHE               )


For good cause shown, the United States' motion to seal its Motion For A Hearing To

Determine Defendant's Mental Competency And To Continue Detention Hearing is hereby

GRANTED.


SO ORDERED this 44pf day of May 2014.


_____
KIMBERLY A. SWANK
United States Magistrate Judge